UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH TORRES,<br><br>    Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC, WELLS FARGO BANK, N.A., EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No. 1:17-cv-05236-AMD-SMG<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**THE MATTER** in difference in the above-captioned action having been amicably adjusted by and between Plaintiff Joseph Torres and Defendant Wells Fargo Bank, N.A.; it is hereby stipulated and agreed that this action and any and all claims asserted by Plaintiff Joseph Torres be and hereby are dismissed with prejudice and without attorneys' fees or costs.

**KUCKER & BRUH, LLP**
Attorneys for Plaintiff
Joseph Torres

_____
William D. Hummell, Esq.

Dated: September 25, 2017

**REED SMITH LLP**
Attorneys for Defendant
Wells Fargo Bank, N.A.

_____
Brian P. Matthews

Dated: September 25, 2017

_____
SO ORDERED:
, U.S.D.J.