UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOSEPH TORRES,

                Plaintiff,

-against-

SPECIALIZED LOAN SERVICING, LLC, WELLS FARGO BANK, N.A., EXPERIAN INFORMATION SOLUTIONS, INC.,

                Defendants.

1:17-CV-05236-AMD-SMG

STIPULATION OF DISCONTINUANCE WITH **PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiff, Joseph Torres ("Plaintiff"), and Defendant, Specialized Loan Servicing, LLC ("Defendant"), that all claims asserted in this matter by Plaintiff, or which could have been asserted in this matter, are discontinued with prejudice, and the action is hereby discontinued with prejudice pursuant to Federal Rule of Civil Procedure 41(a), without fees or costs to either party.

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be signed in counterparts and electronic and facsimile signatures and/or a copy of the Stipulation shall be considered as effective as an original.

Dated: November 30, 2017
New York, New York

McGLINCHEY STAFFORD

By: _____
Brian S. McGrath, Esq.
*Attorneys for Defendant*
112 West 34th Street, Suite 1515
New York, New York 10120
Phone: (646) 362-4000

Dated: November 30, 2017
New York, New York

KNUCKER & BRUH, LLP

By: _____
Nativ Winiarsky, Esq.
*Attorneys for Plaintiff*
747 Third Avenue, 12th Floor
New York, New York 10017
Phone: (212) 869-5030

11

SO ORDERED
DATED: Brooklyn, NY

s/Ann M. Donnelly
_____
Ann M. Donnelly
U.S. District Judge