UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOSEPH TORRES,

    Plaintiff,

v.

SPECIALIZED LOAN SERVICING, LLC,
WELLS FARGO BANK, N.A., EXPERIAN
INFORMATION SOLUTIONS, INC.,

    Defendants.

Case No. 1:17-cv-05236-AMD-SMG

ECF Case

STIPULATION OF
DISCONTINUANCE WITH
PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiff, Joseph Torres ("Plaintiff"), and Defendant, Experian Information Solutions, Inc. that all claims asserted in this matter by Plaintiff, or which could have been asserted in this matter, are discontinued with prejudice, and the action is hereby discontinued with prejudice pursuant to Federal Rule of Civil Procedure 41(a), without fees or costs to either party.

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be signed in counterparts and electronic and facsimile signatures and/or a copy of the Stipulation shall be considered as effective as an original.

Dated: December 5, 2017

_/s/ Andrew S. Kleinfeld_
Andrew S. Kleinfeld
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
E-mail: askleinfeld@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

_/s/ Nativ Winiarsky_
Nativ Winiarsky
KNUCKER & BRUH, LLP
747 Third Avenue, 12th Floor
New York, New York 10017
Telephone: (212) 869-5030
E-mail: nwiniarsky@kbllp.com

*Attorneys for Plaintiff*
*Joseph Torres*

SO ORDERED
DATED: Brooklyn, NY

s/ AMD
Ann M. Donnelly
U.S. District Judge